**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

BENSHOT, LLC, a Wisconsin Limited Liability Company,

Plaintiff,

v.

Case No.: 1:26-cv-1829

Petco Animal Supplies, Inc., a Delaware Corporation, and

International Pet Supplies and Distribution, Inc., a California Corporation.

Defendants.

---

**COMPLAINT**

---

Plaintiff BenShot, LLC, a Wisconsin Limited Liability Company ("BenShot"), by its attorneys, as and for its Complaint against Defendants Petco Animal Supplies, Inc., a Delaware corporation ("Petco") and International Pet Supplies and Distribution, Inc., a California corporation ("Pet Supplies Distribution"), allege as follows:

1. This is an action for infringement of BenShot's United States Design Patent No. D859,082 under the Patent Act, 35 U.S.C. § 271, based on Petco's unauthorized commercial manufacture, use, importation, offer for sale, and sale of the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass in the United States.

**JURISDICTION**

2. This court has original jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

3. Personal jurisdiction over Petco and Pet Supplies Distribution is proper in this District because it has derived substantial revenue from the sales of the Petco Ball is Life Golf Ball Pint Glass and/or the Petco Ball is Life Soccer Ball Pint Glass in Wisconsin, and it conducts business in this judicial district through purposeful, continuous, and systematic contacts, including by offering to sell, selling, distributing, and promoting the products which are subject to the claims alleged below.

**VENUE**

4. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b) because Petco and Pet Supple Distribution is subject to personal jurisdiction in this judicial district and a substantial part of the events giving rise to BenShot's claims occurred in this judicial district.

**PARTIES**

5. BenShot is a family-owned business in Appleton, Wisconsin, and has manufactured and sold unique drinking glass designs since 2015 with an emphasis on providing products made in the USA and creating sustainable jobs in the local community.

6. In 2017 BenShot invented and started selling a drinking glass design comprising a golf ball embedded in the side of a drinking glass via an indentation in the glass and shown by the representative examples below.




7. BenShot obtained United States Design Patent No. D859,082 on the design and within a short period of time BenShot's unique design became extremely popular throughout the United States.

8. Upon information and belief, Petco is a corporation is formed under the laws of Delaware with a principal business address of 10850 Via Frontera, San Diego, CA 92127.

9. Upon information and belief, Pet Supplies Distribution is a California corporation with a principal business address of 10850 Via Frontera, San Diego, CA 92127.

10. Upon information and belief, Petco and Pet Supplies Distribution are both owned by parent company Petco Health and Wellness Company, Inc.

11. Upon information and belief, Pet Supplies Distribution imported the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass into the United States.

12. Upon information and belief, Pet Supplies Distribution continues to import the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass into the United States.

13. Upon information and belief, Petco Supply Distribution sells and/or distributes the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass in Wisconsin through at least Petco and retail stores.

14. Upon information and belief, Petco owns and controls the website located at URL: www.petco.com.

15. Petco has sold the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass to consumers through at least www.petco.com.

16. Petco currently offers for sale the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass to consumers through this website.

17. Petco has sold or does sell / offer for sale the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass to consumers in Petco retail store locations.

18. Upon information and belief, Petco and Pet Supplies Distribution act in concert to make, import, sell, and offer for sale the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass in the United States.

## FACTS

### The Asserted Design Patent

19. United States Design Patent Number D859,082 ("**Sphere Device**"), entitled Sphere Device, was duly and legally issued on September 10, 2019, and names Ben Wolfgram as the inventor and BenShot as the applicant. Attached as Exhibit 1 is a true and correct copy of Sphere Device.

20. The Sphere Device claims the ornamental design for a sphere device as shown and described in the patent.

21. BenShot is the owner and assignee of the entire right, title, and interest in the Sphere Device.

**The Accused Product**

22. Petco has and continues to make, and use, and sell, and offer for sale the Petco Ball is Life Golf Ball Pint Glass in the United States. As shown below, Petco Ball is Life Golf Ball Pint Glass includes key features from/is the same as the design claimed in the Sphere Device.

| **Sphere Device** | **Petco Ball is Life Golf Ball Pint Glass** |
| --- | --- |
|  FIG. 1 |   |

23. The Petco Ball is Life Golf Ball Pint Glass is a drinking glass with a golf ball

embedded into a wall of the glass.

24. The Petco Ball is Life Golf Ball Pint Glass is identified by SKU 4766396.

25. The Petco Ball is Life Golf Ball Pint Glass is identified by UPC 8-00443-82234-0.

26. Pet Supplies Distribution has and continues to make, import, and use, and sell, and offer for sale the Petco Ball is Life Golf Ball Pint Glass in the United States.

27. An ordinary observer or purchaser would find the overall design of the Sphere Device and the Petco Ball is Life Golf Ball Pint Glass substantially similar and mistakenly purchase the Petco Ball is Life Golf Ball Pint Glass.

28. On information and believe, Petco has known of the existence of the Sphere Device prior to September 21, 2026.

29. On information and belief, Pet Supplies Distribution has known of the existence of the Sphere Device prior to September 21, 2026.

30. On information and belief, Pet Supplies Distribution distributes the Petco Ball is Life Golf Ball Pint Glass to at least Petco.

31. On information and belief, Pet Supplies Distribution is aware Petco sells, offers for sale, and distributes the Petco Ball is Life Golf Ball Pint Glass throughout the United States.

32. Petco sells, offers for sale, and has sold the Petco Ball is Life Golf Ball Pint Glass through at least Petco.com. A printout of a listing on Petco.com from September 21, 2026 offering the Petco Ball is Life Golf Ball Pint Glass for sale is attached as Exhibit 2[1].

---

[1] https://www.petco.com/product/petco-ball-is-life-golf-ball-pint-glass

33. Petco is not authorized by BenShot to make, use, sell, offering for sale, or import any product embodying a design disclosed in the Sphere Device patent.

34. Pet Supplies Distribution is not authorized by BenShot to make, use, sell, offering for sale, or import any product embodying a design disclosed Sphere Design patent.

35. Petco's willful acts have irreparably injured BenShot.

36. Pet Supplies Distribution willful acts have irreparably injured BenShot.

37. Petco has and continues to make, and use, and sell, and offer for sale the Petco Ball is Life Soccer Ball Pint Glass in the United States. As shown below, the Petco Ball is Life Soccer Ball Pint Glass includes key features from/is the same as the design claimed in the Sphere Device.

| **Sphere Device** | **Petco Ball is Life Soccer Ball Pint Glass** |
| --- | --- |
|  FIG. 1 |  |

38. The Petco Ball is Life Soccer Ball Pint Glass is a drinking glass with a golf ball embedded into a wall of the glass.

39. The Petco Ball if Life Soccer Ball Pint Glass includes a golf ball painted to resemble a soccer ball.

40. The Petco Ball is Life Soccer Ball Pint Glass is identified by SKU 4766425.

41. The Petco Ball is Life Soccer Ball Pint Glass is identified by UPC 8-00443-82237-1.

42. Pet Supplies Distribution has and continues to make, import, and use, and sell, and offer for sale the Petco Ball is Life Soccer Ball Pint Glass in the United States.

43. On information and belief, Pet Supplies Distribution distributes the Petco Ball is Life Soccer Ball Pint Glass to at least Petco.

44. On information and belief, Pet Supplies Distribution is aware Petco sells, offers for sale, and distributes the Petco Ball is Life Soccer Ball Pint Glass throughout the United States.

45. Petco sells, offers for sale, and has sold the Petco Ball is Life Soccer Ball Pint Glass through at least Petco.com. A printout of a listing on Petco.com from September 21, 2026 offering the Petco Ball is Life Golf Ball Pint Glass for sale is attached as Exhibit 3[2].

46. Petco's willful acts have irreparably injured BenShot.

47. Pet Supplies Distribution's willful acts have irreparably injured BenShot.

**COUNT ONE (Patent Infringement)**

---

[2] https://www.petco.com/product/petco-ball-is-life-soccer-ball-pint-glass

48. BenShot repeats and realleges paragraphs 1 through 47 hereof, as if fully set forth herein.

49. Petco has been and is infringing the Sphere Device by making, using, selling, or offering for sale in the United States, or importing into the United States, including within this judicial district, Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass in violation of 35 U.S.C. § 271(a).

50. Pet Supplies Distribution has been and is infringing the Sphere Device by making, using, selling, or offering for sale in the United States, or importing into the United States, including within this judicial district, Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass in violation of 35 U.S.C. § 271(a).

51. On information and belief, Petco has been and is inducing infringement of the Sphere Device by actively and knowingly inducing others to make, use, sell, offer for sale, or import the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass that embodies or uses the invention claimed in the Sphere Device in violation of 35 U.S.C. § 271(b).

52. On information and belief, Pet Supplies Distribution has been and is inducing infringement of the Sphere Device by actively and knowingly inducing others to make, use, sell, offer for sale, or import the Petco Ball is Life Golf Ball Pint Glass and the Petco Ball is Life Soccer Ball Pint Glass that embodies or uses the invention claimed in the Sphere Device in violation of 35 U.S.C. § 271(b).

53. Petco and Pet Supplies Distribution's infringement has been and continues to be knowing, intentional, and willful.

54. Petco and Pet Supplies Distribution's acts of infringement of the Sphere Device have caused and will continue to cause BenShot damages for which BenShot is entitled to compensation pursuant to 35 U.S.C. §§ 284 or 289.

55. Petco and Pet Supplies Distribution's acts of infringement of the Sphere Device have caused and will continue to cause BenShot immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283. BenShot has no adequate remedy at law.

56. This case is exceptional and, therefore, BenShot is entitled to an award of attorney fees pursuant to 35 U.S.C. § 285.

## JURY DEMAND

BenShot demands a trial by jury on all issues triable by a jury.

## REQUEST FOR RELIEF

**WHEREFORE**, BenShot requests judgment against Petco as follows:

57. Adjudging that Petco and Pet Supplies Distribution has infringed / and actively induced infringement of the Sphere Device in violation of 35 U.S.C. § 271(a) and 35 U.S.C. § 271(b);

58. Granting an injunction and permanently enjoining Petco and Pet Supplies Distribution, their employees, agents, officers, directors, attorneys, successors, affiliates,

subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons or entities, from infringing, contributing to the infringement of, or inducing infringement of the Sphere Device;

59. Directing that Petco and Pet Supplies Distribution recall from all distributors, retailers, or other recipients any and all infringing products sold or distributed by Petco and/or and Pet Supplies Distribution and, upon recall, to deliver such goods up to BenShot's counsel for destruction or donation at Petco and Pet Supplies Distribution's costs;

60. Ordering Petco and Pet Supplies Distribution to account and pay damages adequate to compensate BenShot for Petco and Pet Supplies Distribution's infringement of Sphere Device, including for any infringing acts not presented at trial and pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

61. Ordering that the damages award be increased up to three times the actual amount assessed, pursuant to 35 U.S.C. § 284;

62. Awarding BenShot Petco and Pet Supplies Distribution's profits pursuant to 35 U.S.C. § 289;

63. Declaring this case exceptional and awarding BenShot its reasonable attorneys' fees, pursuant to 35 U.S.C. § 285;

64. An order requiring Petco and Pet Supplies Distribution to pay BenShot punitive damages in an amount as yet undetermined caused by the foregoing acts of Petco and Pet Supplies Distribution; and

65. Awarding such other and further relief as this Court deems just and proper.

Dated this 2nd day of October 2026.

Respectfully submitted,

By /s John M. Osmanski

John M. Osmanski
State Bar No. 1070386

**THEOREM LAW, LLC**
361 Fall Rd. #637
Grafton, WI 53024
Tel. 262-404-7026
E-mail: John@TheoremIP.com

Attorneys for Plaintiff,
BenShot, LLC